Official Form B1, P1, 9-97   Blumberg Excelsior

## United States Bankruptcy Court

**Northern** District of **Illinois**

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br>Green, Burma S. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names):<br><br>Burma Green | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>409 94 0445 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br>501 W. 24th Place Unit 1002<br>Chicago, Illinois 60616 | Street Address of Joint Debtor (No. and street, city, state, zip):<br><br>**Chapter 13W/No Plan** |
| County of Residence or<br>Principal Place of Business:   cook | County of Residence or<br>Principal Place of Business: |
| Mailing Address of Debtor (If different from street address):<br><br>P.O. Box 803294<br>Chicago, Illinois 60680 | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

**Type of Debtor** (Check all boxes that apply)
- [X] Individual
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] § 304-Case ancillary to foreign proceeding.
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13

**Nature of Debt** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (Applicable to individuals only)

Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Statistical/Administrative Information** (Estimates Only)
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/13/2004
Time: 10:00:55
Debtor: BURMA S GREEN
Case: 04-25948   Fee : 40
Chapter: 13 Rec. # : 3090420
Judge: Jacqueline Cox
341 mtg: 08/09/2004 @ 01:00PM
ConfHrg: 08/30/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK25948-BK001

Official Form B1, P2, 9-97

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | Burma Green |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor(s) (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. If debtor is a corporation filing under chapter 11, United States Code, specified in this petition. |
| X *Burma L. Green* <br> Signature of Debtor <br><br> Signature of Joint Debtor <br><br> Telephone (If not represented by attorney) <br> *7-8-04* <br> Date | Signature of Authorized Individual <br><br> Print or Type Name of Authorized Individual <br><br> Title of Authorized Individual by Debtor to File this Petition <br><br> Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| *L. Stefans* <br> Signature of Attorney for Debtor(s) <br> Laurence Stefans I.D. # 2713403 <br> Printed Name of Attorney for Debtor(s) <br> Stefans, Stefans & Stefans <br> Firm Name <br> 134 N. La Salle Street Suite 512 <br> Address <br> Chicago, Illinois 60602 <br><br> 312-726-0174 <br> Telephone Number <br> *7-8-04* <br> Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br><br> Printed Name of Bankruptcy Petition Preparer <br><br> Social Security Number <br><br> Address <br><br> Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document: |

| EXHIBIT A | |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐ Exhibit A is attached and made part of this petition. | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person. |

| EXHIBIT B | |
|---|---|
| (To be completed if debtor is an for individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br><br> *L. Stefans    7-8-04* <br> Signature of Attorney for Debtor(s)      Date | Signature of Bankruptcy Petition Preparer <br><br> Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

**UNITED STATES BANKRUPTCY COURT**   NORTHERN   **DISTRICT OF ILLINOIS**

In re   Burma Green                    Debtor(s)        Case No.                  (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a) for legal services rendered or to be rendered in contemplation of and in connection with this case     $ 2,200.00
    (b) prior to filing this statement, debtor(s) have paid     $
    (c) the unpaid balance due and payable is     $ 2,200.00
(3) $ 40.00 of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: 7-8-04        Respectfully submitted, _____ *Attorney for Petitioner*

*Attorney's name and address* Stefans, Stefans & Stefans, 134 N. LaSalle, Chicago, Illinois

© 1991 JULIUS BLUMBERG, INC., NYC 10013

Blumbergs
Law Products

Form B6 A/B, P1(5-90)

Debtor(s)          Case No.                    (if known)

In re:  Burma Green

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | | |
| | | Total -> | $ | (Report also on Summary of Schedules.) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | N | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | N | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 4 rooms of household goods | | 1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | clothes | | 200.00 |
| 7. Furs and jewelry. | N | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | N | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

3072 ‡ 1991 JULIUS BLUMBERG, INC., NYC 10013


Form B6B, P2 (6-90)

SCHEDULE B
PERSONAL PROPERTY

In re: Burma Green

Debtor(s)    Case No.    (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | N | | | |
| 12. Stock and interests in incorpo-rated and unincorporated busines-ses. Itemize. | N | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | N | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance pol-icy, or trust. | N | | | |
| 20. Other contingent and unliqui-dated claims of every nature, includ-ing tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | N | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Isuzu Rodeo | | 11,000.00 |
| 24. Boats, motors, and accessories. | N | | | |
| 25. Aircraft and accessories. | N | | | |
| 26. Office equipment, furnishings, and supplies. | N | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals. | N | | | |
| 30. Crops - growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements. | N | | | |
| 32. Farm supplies, chemicals, and feed. | N | | | |
| 33. Other personal property of any kind not already listed. Itemize. | N | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total -> | $ 12,900.00

_____ continuation sheets attached

Form BB C (6,90)

in re:   Burma Green

| Debtor(s) | Case No. | (if known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| HOMESTEAD | CH. 735,para 5/12-901 Il Rev. Stat. | Debtor- Spouse- | |
| AUTO  2001 Isuzu Rodeo | Ch.735,para 5/12-1001(c) Il Rev. Stat. | Debtor-1,200.00 Spouse- | 11,000.00 |
| PERSONAL PROPERTY including furniture and any income tax refund. | Ch. 735,para. 5/12-1001(b) Il Rev. Stat. | Debtor-2,000.00 Spouse- | 1,500.00 |
| TOOLS OF TRADE AND PROFESSIONAL BOOKS | Ch. 735, para. 5/12-1001(d) Il Rev Stat. | | |
| PERSONAL INJURY CLAIMS | Ch.735, para.5/12-1001(h)(4) Il Rev. Stat. | | |
| WORKERS COMPENSATION | Ch.820,para. 305/21 Il Rev. Stat. | | |
| PENSION,ERISA PLAN AND OR 401K | Ch. 735. para. 5/12-100C Il. Rev. Stat. | All | |

Form B6 D (6-90)    Julius Blumberg, Inc., NYC 10013

In re:  Burma Green                    Debtor(s)      Case No.              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D * | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| Auto One Acceptance 5550 LBJ Freeway Suite 901 Dallas, TX 75240 | | | 2001 Isuzu Rodeo<br><br>VALUE $ 11,000.00 | | 11,000.00 | |
| A/C # | | | | | | |
| Auto One P.O. Box 1437 Minneapolis, MN 55440-1437 | | | Notice--Duplication<br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |
| A/C # | | | | | | |
| | | | <br><br>VALUE $ | | | |

_____ continuation sheets attached

|  |  |
|---|---|
| Subtotal -> (Total of this page) | $ |
| Total -> (use only on last page) | $ 11,000.00 |

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

2672 © 1991 JULIUS BLUMBERG INC. NYC 10013

Form B6 E (6-90)

In re: Burma Green

| | Debtor(s) | Case No. | | (if known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E.) | | $ | |

Continuation sheets attached.

(Report total also on Summary of Schedules)

2022 © 1991 JULIUS BLUMBERG, INC. NYC 10013

Form B6 F, 9-97

In re: **Burma Green**

Debtor(s)          Case No.                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C #<br>First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 | | | charge | | 270.00 |
| A/C #<br>FCNB Master Note Trust<br>P.O. Box 3910<br>Portland, OR 97208-3910 | | | 510.00 | | |
| A/C #<br>FBCS<br>841 E. Hunting Park Avenue<br>Philadelphia, PA 19124-4824 | | | notice-duplication | | |
| A/C #<br>From:<br>CS 18025<br>Hauppauge, NY 11788-8825 | | | notice-duplication | | |
| A/C #<br>Providian<br>P.O. Box 9180<br>Pleasanton, CA 94566 | | | charge | | 11,400.00 |
| A/C #<br>Providian<br>C/O NCO Financial Systems<br>P.O. Box 8148<br>Philadelphia, PA 19101-8148 | | | notice-duplication | | |
| A/C #<br>Walden University<br>Bursar Office<br>P.O. Box 630076<br>Baltimore, MD 21263-0076 | | | services | | 3,665.00 |
| A/C #<br>Watertower Surgicenter<br>845 N. Michigan Avenue # 994W<br>Chicago, Illinois 60611 | | | services | | 2,785.00 |
| A/C #<br>Watertower Surgicenter<br>C/O Medical Collections Systems<br>725 S. Wells Street Suite 700<br>Chicago, Illinois 60607 | | | notice-duplication | | |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page)        $

Total -> (use only on last page of completed Schedule F.)        $

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # | | | | | |
| Providian<br>C/O National Financial Systems<br>600 West John Street<br>P.O. Box 9046<br>Hicksville, NY 11801 | | | notice-duplication | | |
| A/C # | | | | | |
| Pitney Bowes-Purchase Power<br>C/O Caine & Weiner<br>P.O. Box 8500<br>Van Nuys, CA 91409-8500 | | | unpaid account | | 465.00 |
| A/C # | | | | | |
| First Consumer National Bank<br>C/O NCO Financial Systems<br>P.O. Box 8148<br>Philadelphia, PA 19101-8148 | | | charge | | |
| A/C # | | | | | |
| RJM Acquisitions<br>P.O. Box 18006<br>Hauppauge, NY 11788-8806 | | | charge<br>Formerly Orchard Bank/Household Bank | | 2,235.00 |
| A/C # | | | | | |
| National Debt Network<br>13800 Montfort Drive # 350<br>Dallas, TX 75240 | | | services | | 264.00 |
| A/C # | | | | | |
| Argosy University<br>20 S. Clark Street 3rd Floor<br>Chicago, Illinois 60603 | | | services | | 4,800.00 |
| A/C # | | | | | |
| Providian<br>P.O. Box 99607<br>Arlington, TX 76096 | | | charge | | |
| A/C # | | | | | |
| Direct Merchants Bank<br>P.O. Box 29468=<br>Phoenix, AZ 85038 | | | charge | | 400.00 |
| A/C # | | | | | |
| HFC Nevada<br>841 Seahawk Circle<br>Virginia Beach, VA 23452 | | | charge | | 1,000.00 |

_____ Continuation Sheets attached.

Subtotal -> $
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)

* If husband, enter H; if wife, enter W; if joint enter J; if community, enter C.

** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # | | | | | |
| Fingerhut 53 Mcleland Avenue Saint Cloud, MN 56395 | | | charge | | 500.00 |
| A/C # | | | | | |
| IMR C/O Medical Collections 725 S. Wells Street # 700 Chicago, Ill.  60607 | | | services | | 400.00 |
| A/C # | | | | | |
| Providian Bank C/O Palisades Collection 210 Sylvan Avenue Englewood, NJ 07632 | | | notice-duplication | | |
| A/C # | | | | | |
| TCF Bank C/O Professional Acct Mgmt. 2040 W. Wisconsin Avenue Milwaukee, WI 53233 | | | Overdraft | | 70.00 |
| A/C # | | | | | |
| RJM Acquisitions 575 Underhill Blvd # 2 Syosset, NY 11791 | | | notice-duplication | | |
| A/C # | | | | | |
| Argosy University-Chicago C/O General Revenue Company P.O. Box 495999-G105 Cincinnati, OH 45249-5999 | | | notice-duplication | | |
| A/C # | | | | | |
| AT&T C/O Risk Management Alternatives P.O. Box 105236 Atlanta, GA 30348 | | | services | | 70.00 |
| A/C # | | | | | |
| A/C # | | | | | |

Continuation Sheets attached.

|  | Subtotal -> (Total of this page) | $ |
|---|---|---|
|  | Total -> | $ 28,324.00 |

(use only on last page of completed Schedule F.)

* If husband, enter H; if wife, enter W; if joint enter J; if community, enter C.
* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: .  Burma Green

Debtor(s)        Case No. _____        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6H (6/90) Cont.

In re:        Burma Green

| | Debtor(s) | Case No. | (if known) |

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

In re: **Burma Green**                          Debtor(s)        Case No.              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| | NAMES | | AGE | RELATIONSHIP |
| single | none | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Counsels    Counselor | |
| Name of Employer | Northeastern Illinois University | |
| How long employed | 2 years | |
| Address of Employer | 5500 N. St. Louis Avenue Chicago, Illinois 60625 | |

| Income: (Estimate of average monthly income) | biweekly DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1,525.00 | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ 1,525.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 195.00 | |
| b. Insurance | 35.00 | |
| c. Union dues | 18.00 | |
| d. Other (Specify)      Parking | 17.00 | |
|                        Pension | 122.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 387.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,138.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 2,465.00 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:     Burma Green                                  Debtor(s)       Case No.                     (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 600.00 |
| Are real estate taxes included? ☐ Yes ☐ No    Is property insurance included? ☐ Yes ☐ No | | |
| Utilities   Electricity and heating fuel | | 350.00 |
|      Water and sewer | | |
|      Telephone | | 60.00 |
|      Other | | |
| Home maintenance (repairs and upkeep) | | |
| Food | | 350.00 |
| Clothing | | 75.00 |
| Laundry and dry cleaning | | 50.00 |
| Medical and dental expenses | | 50.00 |
| Transportation (not including car payments) | | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 50.00 |
| Charitable contributions | | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | | |
|      Life | | |
|      Health | | |
|      Auto | | 170.00 |
|      Other                Renters insurance | | 60.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | | |
|      Other | | |
| Alimony, maintenance, and support paid to others | | |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| Other | | |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 2,015.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 2,465.00 |
| B. Total projected monthly expenses | | 2,015.00 |
| C. Excess income (A minus B) | $ | 450.00 |
| D. Total amount to be paid into plan each | $ | 450.00 |
|                      (interval) | | |

Julius Blumberg, Inc. NYC 10013

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**        NORTHERN        **DISTRICT OF**  ILLINOIS

In re:         **Burma Green**                Debtor(s)        Case No.                (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

**GENERAL INSTRUCTIONS:**  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | | | 0 | | |
| B - Personal Property | | | 12,900.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | 11,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | | | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | 28,324.00 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | 2,465.00 |
| J - Current Expenditures of Individual Debtor(s) | | | | | 2,015.00 |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | $12,900.00 | | |
| Total Liabilities | | | | 39,324.00 | |

Form B6 Cont. (12/94)

re:        **Burma Green**                              Debtor(s)        Case No.
                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————— sheets, (Total shown on summary page plus 1.)

and that they are true and correct to the best of my knowledge, information, and belief.

Date    *7-8-04*              Signature: *Burma L. Green*
                                                        Debtor

                                            Signature: ————————————————————
Date                                                (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

————————————————————        ————————————————————
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

————————————————————

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

————————————————————        ————————————————————
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ———————————— (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ———————————— (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———————————— sheets, and that they are true and correct to the best of my knowledge, information, and belief.        (Total shown on summary page plus 1.)

                                            Signature: ————————————————————
Date                                                (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Form 7. Stmt. of Financial
Affairs (11-92)

© Julius Blumberg, Inc.
NYC 10013

UNITED STATES BANKRUPTCY COURT      **Northern**      DISTRICT OF   **Illinois**

In re:

Debtor(s)      *Case No.*

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None  **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

☒ None  **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☒ None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☒ None  b. Describe all property that has been attached, garnished,

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☒ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

[X] None    **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

[X] None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

[X] None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

[X] None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

[X] None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

_____continuation sheets attached

*Complete unsworn declaration on page 3076-5*
*There is no page 3076-4 in non-business filings*

3076-3A © 1991 Julius Blumberg, Inc.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____7-8-04_____

Signature X *Lurnia L. Green*
of Debtor

Date _____

Signature _____
of Joint Debtor
(if any)

.............................................................................................................................

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

.............................................................................................................................

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($130 filing fee plus $30 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| 7-8-04 | X _Verna J. Green_ | |
|---|---|---|
| Date | Signature of Debtor | Case Number |