```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25948
    BURMA S GREEN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0445

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/13/2004 and was confirmed 09/27/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 02/18/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEM   SECURED            11875.00       2516.34       11875.00
NATIONAL CAPITAL MANAGEM   UNSECURED OTH        574.56          .00          574.34
PREMIER BANCARD CHARTER    UNSECURED OTH        333.79          .00          333.66
FCNB PREFERRED CARD        NOTICE ONLY       NOT FILED          .00             .00
FBCS INC                   NOTICE ONLY       NOT FILED          .00             .00
DS COLLECTION              NOTICE ONLY       NOT FILED          .00             .00
PROVIDIAN                  UNSECURED         NOT FILED          .00             .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY       NOT FILED          .00             .00
WALDEN UNIVERSITY          UNSECURED         NOT FILED          .00             .00
WATER TOWER SURGICENTER    UNSECURED         NOT FILED          .00             .00
MEDICAL COLLECTIONS SYST   NOTICE ONLY       NOT FILED          .00             .00
NATIONAL FINANCIAL SYSTE   NOTICE ONLY       NOT FILED          .00             .00
CAINE & WEINER CO INC      UNSECURED         NOT FILED          .00             .00
NCO FINANCIAL              NOTICE ONLY       NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM   FILED LATE          2063.61          .00             .00
NATIONAL DEBT NETWORK      UNSECURED         NOT FILED          .00             .00
ARGOSY UNIVERSITY          UNSECURED         NOT FILED          .00             .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY       NOT FILED          .00             .00
DIRECT MERCHANTS CREDIT    UNSECURED         NOT FILED          .00             .00
HFC NEVADA                 UNSECURED         NOT FILED          .00             .00
AXSYS NATIONAL BANK        UNSECURED         NOT FILED          .00             .00
MEDICAL COLLECTIONS SYST   UNSECURED         NOT FILED          .00             .00
PALISADES COLLECTION LLC   NOTICE ONLY       NOT FILED          .00             .00
TCF BANK                   UNSECURED         NOT FILED          .00             .00
RJM AQUISITIONS FUNDING    NOTICE ONLY       NOT FILED          .00             .00
ARGOSY UNIVERSITY          NOTICE ONLY       NOT FILED          .00             .00
AT & T                     UNSECURED         NOT FILED          .00             .00
STEFANS STEFANS & STEFAN   REIMBURSEMENT        154.00          .00          154.00
STEFANS STEFANS & STEFAN   DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         1,049.96
DEBTOR REFUND              REFUND                                               .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 25948 BURMA S GREEN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 18,703.30

PRIORITY                                         154.00
SECURED                                       11,875.00
     INTEREST                                  2,516.34
UNSECURED                                        908.00
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,049.96
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                  18,703.30             18,703.30
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE